EMMA G. BADGELEY, Appellant, *v.* CENTRAL CONSUMERS WINE AND LIQUOR COMPANY, Respondent.

*Badgeley* v. *Central Consumers Wine & Liquor Co.*, 175 App. Div. 932, affirmed.

(Argued January 20, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought to recover on five causes of action, for rent, and in the alternative, for use and occupation and for taxes and water rents. The complaint alleged the execution of a lease by the plaintiff to Norma G. Moss and Mary G. Cronin for a term of twelve years from the first day of August, covering premises 800 Seventh avenue, in the city of New York; that the said tenants entered into possession; that the defendant brought an action to foreclose the mortgage which it held upon the lease in question; that in pursuance of a final judgment entered in said foreclosure action the leasehold premises were sold at public auction to the defendant and that the defendant entered into possession and occupied the

premises under the terms and conditions of the lease and was in occupation of the same at all times up to and including the month of November, for the rent of which month suit was brought, as well as for taxes accruing on that day and for water rents. The complaint also contained a cause of action for damages for alterations alleged to have been made by the defendant in the premises. The answer of the defendant admitted the execution of the lease, of the mortgage thereon and of the foreclosure of the mortgage, but denied that the defendant purchased the leasehold estate, sold pursuant to the judgment of sale in the foreclosure action, denied that it entered into possession of the premises and occupied the same, and put in issue the other allegations of the complaint.

*Abram I. Elkus, Joseph M. Proskauer, A. W. Bailey* and *Henry T. Randall* for appellant.

*Arthur B. Hyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.